**Order entered August 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01096-CV

### IN RE NEILA FLOREY, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. 12-1362-P2**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to stay the proceedings in the trial court. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ROBERT M. FILLMORE
        JUSTICE